

# Fourth Court of Appeals
## San Antonio, Texas

July 27, 2016

No. 04-15-00596-CR

Isidro Espinosa **SOLIS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR2691
Honorable Mary D. Roman, Judge Presiding

# O R D E R

Appellant Isidro Espinosa Solis is represented on appeal by retained counsel John D. Herrick. The court has received notice from the State Bar of Texas that a judgment of immediate disbarment was rendered against John D. Herrick on July 14, 2016, in Cause No. 2015-CI-09970, styled *Commission for Lawyer Discipline v. John David Herrick*, in the 57th Judicial District Court of Bexar County, Texas. Although Mr. Herrick was retained as appellate counsel, the trial court found on February 21, 2016, that appellant was entitled to a free reporter's record.

We therefore **abate** this appeal and remand the case to the trial court. We **order** the court to conduct an inquiry to determine whether appellant is entitled to appointed counsel, and if so, to appoint counsel **no later than August 16, 2016**. We further **order** the trial court to file a copy of its order appointing counsel or its written findings that appellant is not entitled to counsel with this court immediately after the hearing. The trial court may, in its discretion, receive evidence by sworn affidavit from the appellant. All filing deadlines are abated until further order of this court.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of July, 2016.



Keith E. Hottle
Clerk of Court